UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Rebecca Nall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-00421-KD-N |
| vs. | ) |
| | ) |
| Sanofi U.S. Services Inc.; | ) |
| Sanofi-Aventis U.S. LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC hereby give notice that the parties have reached an agreement in principle for the complete resolution of this matter. The parties are aware of this filing and have no objection.

The parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the parties respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 29, 2023           Respectfully submitted,

                                   /s/ Christopher C. Yearout

Christopher C. Yearout
W. McKinley Dunn
Lightfoot Franklin & White LLC
400 20th St. North
Birmingham, AL 35203
Phone: 205-581-0700
Email: cyearout@lightfootlaw.com
           mdunn@lightfootlaw.com

Christopher Grambling
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
Phone: (816) 559-2044
Email: cgrambling@shb.com

***Counsel for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Michael P. McGartland
McGartland Law Firm, PLLC
1300 S. University Drive
Suite 500
Fort Worth, TX 76107
Phone: 817-332-9300
Email: mike@mcgartland.com

Christopher L. Coffin
Jessica Ann Reynolds
Pendley, Baudin & Coffin, LLP
P.O. Drawer 71
Plaquemine, LA 70765
Phone: 225-687-9396
Email: ccoffin@pbclawfirm.com

Nicholas Ryan Rockforte
Laborde Earles Law Firm
1901 Kaliste Saloom
Lafayette, LA 70508
Phone: 337-261-2617

                                              */s/ Christopher C. Yearout*
                                              OF COUNSEL