**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| REBECCA NALL,<br><br>       Plaintiff,<br><br>       v.<br><br>SANOFI U.S. SERVICES INC. ET AL.,<br><br>       Defendants. | Civil Case No. 1:23-cv-00421-KD-N |

<u>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rebecca Nall and Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc., hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

DATED:  December 31, 2024                    Respectfully submitted,

*/s/ Michael P. McGartland* (with permission)     */s/  Christopher C. Yearout*
Michael P. McGartland                              Christopher C. Yearout (asb-8053-S82Y)
McGartland Law Firm PLLC                           W. McKinley Dunn (asb-1762-B59R)
1300 South University Drive,                       Lightfoot, Franklin & White LLC
Suite 500                                          400 20th St. North
Fort Worth, Texas 76107                            Birmingham, AL 35203
P (817) 332-9300                                   205-581-0700 Phone
Toll Free: 1-866-832-9300                          205-581-0799 Fax
Fax: (817) 332-9301                                Email: cyearout@lightfootlaw.com
mike@mcgartland.com                                Email: mdunn@lightfootlaw.com


*Counsel for Plaintiff*

                                                   *Counsel for Defendants Sanofi U.S. Services*
                                                   *Inc. and sanofi-aventis U.S. LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 31, 2024, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ *Christopher C. Yearout*</u>
Christopher C. Yearout